| Statement of Earnings For: | Ronnell Williams | | | | | CNF Services Inc |
|---|---|---|---|---|---|---|
| Employee #: | 10034 | Department | | Period Begin: | 3/28/2021 | Check Date: 4/9/2021 |
| Clock Number: | | | | Period End: | 4/3/2021 | Pay Type: Salary |
| Company Id: | 1494 | Federal Filing: | Single | Exemptions: | 2 | Additional Tax: |
| | | State Filing: | Single | Exemptions: | 2 | Additional Tax: |
| | | | | | | 350 Banbury Crossing |
| | | | | | | Alpharetta, GA 30009 |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V2164095 | $0.00 | $800.00 | $644.63 | |

### EARNINGS

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Salary | | 0.00 | 800.00 | 0.00 | 11,053.45 |
| Vacation / Pers | | 0.00 | 0.00 | 16.00 | 0.00 |
| Bonus | | 0.00 | 0.00 | 0.00 | 50.00 |
| **Total:** | | **0.00** | **800.00** | **16.00** | **11,103.45** |

*Not included in Totals

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 49.60 | 688.41 |
| MED EE | 11.60 | 161.00 |
| FEDERAL WH | 63.21 | 873.36 |
| GEORGIA WH | 30.96 | 427.89 |
| **Total:** | **155.37** | **2,150.66** |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

### CURRENT PERIOD LEAVE ACCRUAL

### DISTRIBUTION OF NET PAY

Checking    Account:    Deposit Amount:    644.63

---

CNF Services Inc
350 Banbury Crossing
Alpharetta, GA 30009

| CHECK DATE | VOUCHER ID |
|---|---|
| 4/9/2021 | V2164095 |

| TOTAL NET PAY |
|---|
| ********$644.63 |

10034
**Ronnell Williams**
5400 Memorial Dr
Stone Mountain, GA 30083

**NOT NEGOTIABLE**





.ıl Metro by T-Mobile 🛜 11:28 AM

**Done**      CheckStub3 (6 of 18)

| Statement of Earnings For: | **Ronnell Williams** | | | | | | **CNF Services Inc** | | |
|---|---|---|---|---|---|---|---|---|---|
| Employee #: 10034 | Department | | Period Begin: 3/7/2021 | Check Date: 3/19/2021 | | | 350 Banbury Crossing | | |
| Clock Number: | | | Period End: 3/13/2021 | Pay Type: Salary | | | Alpharetta, GA 30009 | | |
| Company Id: 1494 | Federal Filing: Single | | Exemptions: 2 | Additional Tax: | | | | | |
| | State Filing: Single | | Exemptions: 2 | Additional Tax: | | | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V2136538 | $0.00 | $800.00 | $644.63 | |

| | | EARNINGS | | *Not included in Totals | | TAXES | | DEDUCTIONS | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Salary | | 0.00 | 800.00 | 0.00 | 8,653.45 | SOC SEC EE | 49.60 | 539.61 | | |
| Vacation / Pers | | 0.00 | 0.00 | 16.00 | 0.00 | MED EE | 11.60 | 126.20 | | |
| Bonus | | 0.00 | 0.00 | 0.00 | 50.00 | FEDERAL WH | 63.21 | 683.73 | | |
| | | | | | | GEORGIA WH | 30.96 | 335.01 | | |
| **Total:** | | 0.00 | 800.00 | 16.00 | 8,703.45 | **Total:** | 155.37 | 1,684.55 | **Total:** | 0.00 | 0.00 |

CURRENT PERIOD LEAVE ACCRUAL      DISTRIBUTION OF NET PAY

Checking    Account:    Deposit Amount: 644.63

CNF Services Inc
350 Banbury Crossing
Alpharetta, GA 30009

| CHECK DATE | VOUCHER ID |
|---|---|
| 3/19/2021 | V2136538 |

| TOTAL NET PAY |
|---|
| ********$644.63 |

10034
**Ronnell Williams**
5400 Memorial Dr
Stone Mountain, GA 30083

**NOT NEGOTIABLE**







